THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. TANTALO, Appellant. [842 NYS2d 352]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered May 27, 2005. The judgment convicted defendant, after a nonjury trial, of driving while intoxicated as a felony and violations of the Vehicle and Traffic Law.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.